IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK08-83078-TJM |
| | ) | |
| BROWN & ASSOCIATES, LTD., | ) | CH. 11 |
| | ) | |
| Debtor(s). | ) | |
| BROWN & ASSOCIATES, LTD., | ) | |
| | ) | ADV. NO. 09-8003-TJM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| POSITIVE PROPERTY MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This matter is before the court on Filing #1, Notice of Removal, filed by Brown & Associates, Ltd. Charles Forrest represents Brown & Associates, Ltd., and Michael Peterson represents Positive Property Management, LLC.

IT IS ORDERED: For the reasons stated in the Order filed herewith, judgment is hereby entered in favor of Brown & Associates, Ltd., and against Positive Property Management, LLC. Positive Property Management, LLC, breached the restrictive use paragraph in the lease and the breach was material, giving rise to a right to terminate the lease by Maple, Inc.

DATED:    March 10, 2010

BY THE COURT:

/s/ Timothy J. Mahoney
United States Bankruptcy Judge

Notice given by the Court to:
   *Charles Forrest
   Michael Peterson
   U.S. Trustee

Movant (*) is responsible for giving notice to other parties if required by rule or statute.